

# Fourth Court of Appeals
## San Antonio, Texas

January 3, 2023

No. 04-22-00867-CR

Santos **REINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-1069-CR-B
Honorable William D. Old III, Judge Presiding

# O R D E R

Appellant Santos Reina filed a motion seeking access to a portion of the record that is sealed. The motion is GRANTED. The Clerk of this court is instructed to provide a copy of the sealed record to appellant's attorney. All parties and their attorneys are ORDERED not to share the contents of the sealed record with any person except to the extent necessary to prepare their respective briefs.

In the event the parties reference the sealed record in their respective briefs, they are ORDERED to comply with the following procedure:

1. The party filing the brief must file the brief in paper form only, with a cover letter informing the Clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

2. Concurrently, the party must file a notice stating whether the brief discloses protected information and where in the brief such information is disclosed.

3. Within seven days after the brief is filed, the opposing party may file a notice stating whether the brief discloses protected information and where in the brief such information is disclosed.

4. After receiving the notice or notices, this court will determine whether the brief or a portion of the brief will remain filed under seal. This court may

FILE COPY

order a party to file a redacted brief or order other measures less restrictive than the sealing of the entire brief.

_____

Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of January, 2023.



_____

MICHAEL A. CRUZ, Clerk of Court